

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

Nos. 07-20-00226-CV
07-20-00271-CV
07-20-00320-CV
07-20-00321-CV
07-20-00345-CV
07-20-00346-CV
07-20-00347-CV
07-20-00348-CV

## IN THE ESTATE OF WILLIAM LOUIS SUROVIK, JR., DECEASED

On Appeal from the 335th District Court
Burleson County, Texas
Trial Court No. 28,825, Honorable Carson T. Campbell, Presiding

December 21, 2020

## ORDER

Before QUINN, C.J., and PIRTLE and DOSS, JJ.

Appellant, Richard J. Surovik, appeals from eight trial court orders issued in the administration of the estate of William Louis Surovik, Jr., deceased.[1] Those appeals are presently pending in the above appellate cause numbers. Because the appeals involve common issues of fact and law, and in the interest of conservation of judicial resources,

---

[1] Originally appealed to the Tenth Court of Appeals, these appeals were transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

we consolidate the appeals for briefing purposes only.  Accordingly, the parties shall file a single Appellant's brief, Appellee's brief, and Appellant's reply brief addressing all eight appeals and shall comply with the briefing requirements for a single appeal.  *See* TEX. R. APP. P. 9.4(i)(2) (maximum brief length), 38.1, 38.2, 38.3.  Appellant's brief is due on February 19, 2021.[2]  Appellee's brief and Appellant's reply brief shall be due in accordance with Rule of Appellate Procedure 38.6.

It is so ordered.

Per Curiam

---

[2] Appellant filed an appellate brief in cause number 07-20-00226-CV on October 30, 2020.  The brief is stricken in light of this consolidation order.